UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 22-CR-123 (JHR) |
| v. | : | |
| BOLAJI BOLARINWA and ISIAKA BOLARINWA | : | |
| | : | |

## UNSEALING ORDER

This matter having come before the Court on the application of the United States of America (Jeffrey Bender, Assistant U.S. Attorney, appearing) for an order unsealing the Indictment and related papers in the above captioned case; and the Government having represented that the defendants have been arrested per the warrants issued with that Indictment; and for good cause shown;

It is on this 17th day of February, 2022,

ORDERED that the Indictment and related papers in the above-captioned matter are unsealed.

_____
HONORABLE ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE